UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHERRY ANN WILEY | CIVIL ACTION |
| VERSUS | NO. 21-933 |
| THE DEPARTMENT OF ENERGY, *et al.* | SECTION M (2) |

### ORDER

Considering the motion of plaintiff Sherry Ann Wiley to stay all proceedings and keep everything at a stay pending her appeal (R. Doc. 147),

IT IS ORDERED that the motion is DENIED. While "the issuance of a stay is left to the court's discretion," it considers four factors: "'(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies.'" *Nken v. Holder*, 556 U.S. 418, 434 (2009) (quoting *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987)). In her motion, plaintiff does not address any of these factors, and none weighs in favor of a stay.

New Orleans, Louisiana, this 8th day of September, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE